1 │ G. Thomas Martin, III (SBN 218456)
2 │ **PRICE LAW GROUP, APC**
   │ 15760 Ventura Blvd., Suite 1100
3 │ Encino, CA 91436
   │ Direct Dial: (818) 907-2030
4 │ Fax: (818) 205-2730
   │ tom@plglawfirm.com

5 │ Attorneys for Plaintiff,
   │ KANDIS ROBY,
6 │

*FILED*

JUN - 7 2013

CLERK, RD W. WIEKING
NORTHERN DISTRICT COURT
OAKLAND OF CALIFORNIA

F-filing

ADR

7 │          **UNITED STATES DISTRICT COURT**

8 │          **NORTHERN DISTRICT OF CALIFORNIA**

9 │

10 │ KANDIS ROBY,                          Case No.: **C13-2624 NC**

11 │          Plaintiff,

12 │ vs.                                    **COMPLAINT AND DEMAND FOR JURY TRIAL**

13 │                                        **(Unlawful Debt Collection Practices)**

14 │ PERFORMANT RECOVERY, INC.,             **Demand Does Not Exceed $10,000**
    │ fka DIVERSIFIED COLLECTION
15 │ SERVICES, INC.; and DOES 1
    │ through 10, inclusive,
16 │                                        **FAX FILING**
    │          Defendants.
17 │

18 │                    **COMPLAINT**

19 │
                        *I.   INTRODUCTION*
20 │

21 │   1. This is an action for actual and statutory damages brought by plaintiff

22 │ Kandis Roby, an individual consumer, against defendant Performant Recovery,

23 │ Inc., fka Diversified Collection Services, Inc., for violations of the Fair Debt

24 │

25 │

COMPLAINT AND DEMAND FOR JURY TRIAL

- 1 -

Collection Practices Act, 15 U.S.C. § 1692 *et seq*. (hereinafter ''FDCPA''), which

prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

## II.    JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k(d).  Venue in

this District is proper in that the Defendant transacts business here.

## III.    PARTIES

3. Plaintiff, Kandis Roby is a consumer, a natural person allegedly obligated

to pay any debt, residing in the state of Oklahoma.

4. Defendant, Performant Recovery, Inc., is a corporation engaged in the

business of collecting debt in this state with its principal place of business located

in Alameda County at 333 North Canyons Parkway, Suite 100, Livermore,

California 94551.  The principal purpose of Defendant is the collection of debts in

this state and Defendant regularly attempts to collect debts alleged to be due

another.

5. Defendant is engaged in the collection of debts from consumers using the

mail and telephone.  Defendant regularly attempts to collect consumer debts

alleged to be due to another.  Defendant is a ''debt collector'' as defined by the

FDCPA, 15 U.S.C. § 1692a(6), and the Cal. Civ. Code § 1788.2.

## IV.   FACTUAL ALLEGATIONS

6. Upon information and belief, within one year prior to the filing of this complaint, Defendant placed collection calls to Plaintiff, seeking and demanding payment for an alleged consumer debt owed under an account number.

7. The debt that Defendant is attempting to collect on is an alleged obligation of a consumer to pay money arising out of a transaction in which the money, property, insurance or services, which are the subject of the transaction, are primarily for personal, family, or household purposes, whether or not such obligation has been reduced to judgment.

8. Upon information and belief, Defendant began contacting Plaintiff and placing collection calls to Plaintiff prior to July 18, 2012.

9. Upon information and belief, Defendant, within one year prior to the filing of this complaint, threatened to garnish and sue Plaintiff itself, and make her responsible for its fees and costs, when it cannot do so.

10. As a result of the acts alleged above, Plaintiff suffered emotional distress resulting in Plaintiff feeling stressed, amongst other negative emotions.

## V.   FIRST CLAIM FOR RELIEF

11. Plaintiff repeats and realleges and incorporates by reference to the foregoing paragraphs.

COMPLAINT AND DEMAND FOR JURY TRIAL

12. Defendant violated the FDCPA. Defendant's violations include, but are not limited to, the following:

> (a) Defendant violated $§1692e(5)$ of the FDCPA by threatening to take action that it did not intend to take.

> (b) Defendant violated $§1692e(10)$ of the FDCPA by using false, deceptive, or misleading representation or means in connection with the collection of Plaintiff's alleged debt; and

> (c) Defendant violated $§1692f$ of the FDCPA by using unfair or unconscionable means in connection with the collection of an alleged debt.

13. As a result of the foregoing violations of the FDCPA, Defendant is liable to the plaintiff Kandis Roby for actual damages, statutory damages, and costs and attorney fees.

WHEREFORE, Plaintiff Kandis Roby respectfully requests that judgment be entered against defendant, Performant Recovery, Inc., fka Diversified Collection Services, Inc., for the following:

A. Actual damages.

B. Statutory damages pursuant to 15 U.S.C. § 1692k.

C. Costs and reasonable attorney fees pursuant to 15 U.S.C. § 1692k.

E. For such other and further relief as the Court may deem just and proper.

COMPLAINT AND DEMAND FOR JURY TRIAL

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that plaintiff Kandis Roby demands trial by jury in this action.

Respectfully Submitted this 7th day of June, 2013,


**PRICE LAW GROUP APC**


By: _____
     G. Thomas Martin, III
     Attorney for Plaintiff

COMPLAINT AND DEMAND FOR JURY TRIAL