1  G. Thomas Martin, III (SBN 218456)
   **PRICE LAW GROUP, APC**
2  15760 Ventura Blvd., Suite 1100
   Encino, CA 91436
3  Direct Dial: (818) 907-2030
   Fax: (818) 205-2730
4  tom@plglawfirm.com
   Attorneys for Plaintiff,
5  KANDIS ROBY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| KANDIS ROBY, | Case No. 3:13-cv-02624-NC |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| PERFORMANT RECOVERY, INC., fka DIVERSIFIED COLLECTION SERVICES, INC.; and DOES 1 through 10, inclusive, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that this matter has been settled in its entirety. It is respectfully requested that all pending hearings be taken off calendar.

RESPECTFULLY SUBMITTED,

DATED: November 15, 2013        PRICE LAW GROUP APC

By: /s/ G. Thomas Martin, III
    G. Thomas Martin, III
    Attorney for Plaintiff