# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| KANDIS ROBY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PERFORMANT RECOVERY, INC., fka DIVERSIFIED COLLECTION SERVICES, INC.,<br><br>　　　　　Defendant. | Case No. 13-cv-02624 NC<br><br>**ORDER TO SHOW CAUSE RE: DISMISSAL**<br><br>Re: Dkt. No. 18 |

　　　The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination, IT IS HEREBY ORDERED THAT by December 16, 2013, plaintiff must either file a proper request for dismissal or show cause in writing why this action should not be dismissed with prejudice.

　　　IT IS SO ORDERED.

　　　Date: November 18, 2013

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Nathanael M. Cousins
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No. 13-cv-02624 NC
ORDER TO SHOW CAUSE
RE: DISMISSAL