1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                      **SAN FRANCISCO DIVISION**

11

12    KANDIS ROBY,                          Case No. 13-cv-02624 NC

13              Plaintiff,                   **ORDER TO SHOW CAUSE RE: DISMISSAL**

14         v.
                                            Re: Dkt. No. 18
15    PERFORMANT RECOVERY, INC., fka
      DIVERSIFIED COLLECTION SERVICES,
16    INC.,

17              Defendant.

18

19         The Court having been notified of the settlement of this action, and it appearing that

20   no issue remains for the Court's determination, IT IS HEREBY ORDERED THAT by

21   December 16, 2013, plaintiff must either file a proper request for dismissal or show cause

22   in writing why this action should not be dismissed with prejudice.

23         IT IS SO ORDERED.

24         Date: November 18, 2013          _____

25                                          Nathanael M. Cousins
                                            United States Magistrate Judge
26

27

28

      Case No. 13-cv-02624 NC
      ORDER TO SHOW CAUSE
      RE: DISMISSAL