1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

### SAN FRANCISCO DIVISION

11

12  KANDIS ROBY,                                    Case No. 13-cv-02624 NC

13              Plaintiff,                           **ORDER CONTINUING DEADLINE TO SHOW CAUSE RE: DISMISSAL**

14          v.
                                                     Re: Dkt. No. 20
15  PERFORMANT RECOVERY, INC., fka
    DIVERSIFIED COLLECTION SERVICES,
16  INC.,

17              Defendant.

18

19          After considering plaintiff's response to the Court's November 18 order to show

20  cause, indicating that the parties are still in the process of finalizing the settlement, the

21  Court GRANTS plaintiff's request for additional time.  By January 17, 2014, plaintiff must

22  either file a proper request for dismissal or show cause in writing why this action should

23  not be dismissed with prejudice.

24          IT IS SO ORDERED.

25      Date: December 18, 2013

26                                                   Nathanael M. Cousins
                                                     United States Magistrate Judge
27

28