G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff,
KANDIS ROBY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANDIS ROBY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br>PERFORMANT RECOVERY, INC. fka DIVERSIFIED COLLECTION SERVICES, INC.; and DOES 1 - 10, inclusive,<br><br>　　　　Defendants. | **Case No. : 13-cv-02624-NC**<br><br>**Honorable Nathanael Cousins**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS** |

Plaintiff, KANDIS ROBY, by counsel, and Defendant, PERFORMANT RECOVERY, INC. fka DIVERSIFIED COLLECTION SERVICES, INC., by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against PERFORMANT RECOVERY, INC. fka DIVERSIFIED COLLECTION SERVICES, INC.; and DOES 1 - 10, inclusive, should be dismissed, with prejudice, with each party to bear their own costs and attorneys' fees.

Respectfully submitted this 13th day of February, 2014,

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III (SBN 218456)
PRICE LAW GROUP, APC
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com
Attorney for Plaintiff,
KANDIS ROBY


By: /s/ Elizabeth E. Franklin
Elizabeth E. Franklin, CSBN 88377
efranklinlaw@gmail.com
ATTORNEY AT LAW
333 N. Canyons Parkway, Suite 200
Livermore, CA 94551
Telephone: (925) 960-4764
Facsimile: (925) 960-4880
Attorneys for Defendant,
PERFORMANT RECOVERY, INC.

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE - **13-cv-02624-NC**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KANDIS ROBY,

    Plaintiff,

vs.

PERFORMANT RECOVERY, INC. fka DIVERSIFIED COLLECTION SERVICES, INC.; and DOES 1 - 10, inclusive,

    Defendants.

Case No. : 13-cv-02624-NC

Honorable Nathanael Cousins

[~~PROPOSED~~] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff KANDIS ROBY against Defendant PERFORMANT RECOVERY, INC. fka DIVERSIFIED COLLECTION SERVICES, INC.; and DOES 1 - 10, inclusive, are dismissed, with prejudice. Plaintiff KANDIS ROBY and Defendant PERFORMANT RECOVERY, INC. fka DIVERSIFIED COLLECTION SERVICES, INC. shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: __February 13, 2014__



GRANTED
Judge Nathanael M. Cousins